IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRELL REED,

       Plaintiff,

  v.

LUPE MARTINEZ,

       Defendant.
_____/

No. C 11-0690 CW (PR)

JUDGMENT

    Pursuant to the Court's Order of today's date dismissing the above-titled action, a judgment of DISMISSAL WITH PREJUDICE is hereby entered.  28 U.S.C. § 1915A.  The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

DATED: 8/15/2011



CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DARRELL REED,

        Plaintiff,

  v.

LUPE MARTINEZ et al,

        Defendant.

Case Number: CV11-00690 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 15, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darrell Reed AB3985
Solano State Prison
P.O. Box 4000
Facility 3, Building 13-G-1-up
Vacaville, CA 95696-4000

Dated: August 15, 2011

                                        Richard W. Wieking, Clerk
                                        By: Nikki Riley, Deputy Clerk